**Order filed January 15, 2014, Withdrawn and Order filed January 28, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00654-CR
NO. 14-13-00655-CR
_____

**TROY AIKMAN ERWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Court Cause Nos. 12-15271 and 12-15552**

## ORDER

On January 16, 2014, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for appellant's failure to file a brief. Appellant's brief was filed January 22, 2014.

Accordingly, our order of January 16, 2014, is withdrawn. The appeal is reinstated. The State's brief is due thirty days from the date of this order.

PER CURIAM